# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00199-CV

### John Mason Hughes, Appellant

### v.

### Easy Street Capital, LLC; Russell Frost, Trustee; Hornet Capital, LLC; and Patrick E. Hudson, Trustee, Appellees

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-005944, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## S U P P L E M E N T A L   O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We abated this appeal and remanded this case to the trial court for an evidentiary hearing determining whether Hughes is unable to pay costs. *See* Tex. R. Civ. P. 145(b). Appellee Hornet Capital has filed a motion to extend the abatement period for three months in the interest of judicial economy so that the trial court may also determine the parties' dispute over post-judgment-discovery directed to the proper amount of Hughes's supersedeas bond or deposit. *See* Tex. R. App. P. 24.2(c)(2). Hughes's motion to quash concedes that Hornet Capital's discovery addresses "the exact same subject" as the motion that Hughes filed with this Court seeking exemption from payment of costs in this appeal.

We grant the motion and extend the abatement of this appeal. The reporter's record and supplemental clerk's record with the trial court's detailed findings and order

determining whether Hughes is unable to pay costs must be filed by August 24, 2026.  *See* Tex. R. Civ. P. 145(f).  The appeal will be reinstated when those supplemental records are filed.

It is ordered on May 26, 2026.


Before Chief Justice Byrne, Justices Theofanis and Ellis